# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PATRICK TOUSSAINT | : | |
|     Plaintiff | : | |
| | | |
| v | : | Civil Action No. PJM-06-572 |
| | | |
| DAVID J. GOOD, Superintendent | : | |
|     Defendant | : | |

o0o

## MEMORANDUM OPINION

The above-captioned civil rights action was filed in this Court on March 6, 2006, alleging that Defendant is hindering Plaintiff's efforts to file a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Paper No. 1. For the reasons that follow, the case must be dismissed for lack of jurisdiction.

Plaintiff is an inmate at SCI-Cresson, a prison in Cresson, Pennsylvania. *Id.* All of the allegations contained in the complaint relate to conduct of prison officials in Pennsylvania. Under 28 U.S.C. § 1391(b), a civil action that is not founded on diversity of citizenship may be brought only in the judicial district where any of the Defendants reside, if all Defendants reside in the same State or in a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, except as otherwise provided by law. There is nothing in the Complaint that suggests that any of the alleged violations of Plaintiff's constitutional rights occurred in Maryland, or that the Defendant resides in Maryland. Accordingly, by separate Order which follows, the case shall be dismissed without prejudice.

Date: 3/15/06

                                                  /s/
                                    PETER J. MESSITTE
                              UNITED STATES DISTRICT JUDGE